NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DUPACO, INC.,**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee.*

---

2010-1562
(Reexamination No. 95/000,046)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

EDWARD W. CALLAN, of San Diego, California, argued for appellant.

BENJAMIN D.M. WOOD, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and WILLIAM LAMARCA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* BRYSON and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 12, 2011 | /s/ Jan Horbaly |
| :---: | :---: |
| Date | Jan Horbaly |
| | Clerk |